## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| RE: ) | |
| ) | |
| GIFTY HUTCHFUL ) | Case No. 08-11514-SSM |
| _____Debtor ) | Chapter 7 |

## REPORT OF SMALL DIVIDENDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend due and payable to:

| **Creditors Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| FIA Card Services, N.A.<br>Bank of America<br>By American Infosource L.P.<br>4515 N. Santa Fee Avenue<br>Oklahoma City, OK 73118 | 2 | $.40 |

Dated: October 5, 2009                     /s/Gordon P. Peyton
                                                        Gordon P. Peyton
                                                        Virginia State Bar #5155
                                                        510 King Street, Suite 310
                                                        Alexandria, VA 22314
                                                        (703)684-2000